Decided September 15, 1993

MARY-ANNE MULHOLLAND *v.* JAMES C. MULHOLLAND

The defendant's petition for certification for appeal from the Appellate Court, 31 Conn. App. 214 (AC 11225), is granted, limited to the following issue:

"May the trial court render a judgment of civil contempt for failure to comply with an order of the court after an appellate court has revised the underlying order?"

The Supreme Court docket number is. SC 14821.

*James C. Mulholland,* pro se, in support of the petition.

*Mary-Anne Mulholland,* pro se, in opposition.

Decided September 15, 1993

ELIZABETH M. HALL *v.* PETER V. BRAZZALE

The plaintiff's petition for certification for appeal from the Appellate Court, 31 Conn. App. 342 (AC 11375), is denied.

*Ralph G. Elliot,* in support of the petition.

*David B. Losee* and *Holly Jean Bray,* in opposition.

Decided September 15, 1993